IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHNNY THOMAS,
                Plaintiff,

        v.                                        **Judgment in a Civil Case**

MORRIS CORRECTIONAL
INSTITUTION, Morrison Training School;
ALVIN W. KELLER; DIVISION OF
PRISONS,
                Defendants.                   Case Number: 5:11-CT-3085-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on December 14, 2011, with service on:
Johnny Thomas  0404568, Sampson Correctional Center, P.O. Box 1109, Clinton, NC  28328
(via U.S. Mail)

December 14, 2011                             /s/ Dennis P. Iavarone
                                            Clerk